# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                                   **PLAINTIFF**

**VS.**                                                 **CRIMINAL ACTION NUMBER: 3:23MJ-204-CHL**

**RICHARD R. WIEDO**                                                                                            **DEFENDANT**

## ORDER ON INITIAL APPEARANCE, ARRAIGNMENT, AND PLEA ON A MISDEMEANOR INFORMATION

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge on May 10, 2023, to conduct an initial appearance, arraignment, and plea on a misdemeanor Information. Assistant United States Attorney Amanda Gregory appeared on behalf of the United States. The defendant was present with Brian Butler, retained counsel. The proceeding was digitally recorded.

The defendant acknowledged his identity, was furnished with a copy of the Information, was advised of the nature of the allegation contained therein and was advised of his rights.

The defendant, through counsel, waived formality of arraignment and advised the Court that she wished to plead guilty to the charge contained in the Information pursuant to a Rule 11(c)(1)(C) plea agreement.

After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary as to Count 1 of the Information and that the offense charged was supported by an independent basis in fact concerning each of the essential elements of such offense. Therefore,

**IT IS HEREBY ORDERED** that the Court accepts the defendant's plea of **GUILTY** as to Count 1 of the Information. This matter is scheduled for sentencing on **August 9, 2023, at 10:00 a.m.** before the Honorable Colin H. Lindsay, United States Magistrate Judge.

By agreement of counsel and the United States Probation Office,

**IT IS FURTHER ORDERED** that the defendant is released on his own recognizance pending further Order of the Court.

May 12, 2023

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel, USP

:50