# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CRIMINAL ACTION NO. 3:23-MJ-00204-CHL

**UNITED STATES OF AMERICA,**                                                                   **Plaintiff,**

**v.**

**RICHARD WIEDO,**                                                                            **Defendant.**

## PROTECTIVE ORDER

THIS MATTER having come before the Court on the unopposed motion of the United States of America, by and through its undersigned counsel, and the Court having found that entering a Protective Order regarding discovery materials is appropriate, and for good cause shown, IT IS ORDERED,

I. The government will produce the victim's medical records to defense counsel.

II. Defense counsel and defendant will keep the victim's medical records in a secure place to which no person who does not have reason to know their contents has access.

III. The victim's medical records may be used by the defendant, defense counsel, and any other employees or agents of the defendant solely in the defense of this case.

IV. Defense counsel and defendant will not disclose the victim's medical records directly or indirectly to any person except those assisting the defense, persons who are interviewed as potential witnesses, potential experts, or other authorized persons, during the course of the investigation and defense of this case.

V. The victim's medical records will not be copied or reproduced unless the material is copied or reproduced for authorized persons to assist in the defense, and in the event copies are made, the copies shall be treated in the same manner as the original material.

VI. When providing the victim's medical records to an authorized person, the defendant's counsel must inform the authorized person that the materials are provided subject to the terms of this Protective Order and that the authorized person must comply with the terms of this Protective Order.

VII. If it is necessary to attach a copy of the victim's medical records to any filing or to use them as an exhibit at a hearing, the medical records shall be filed under seal.

VIII. Nothing contained in the Protective Order will preclude any party from applying to the Court for further relief or for modification of any provision hereof.

Colin H Lindsay, Magistrate Judge
United States District Court

May 30, 2023

cc: Counsel of record